Lawson E. Fite, OSB #055573
Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: lfite@amforest.org
Email: sghafouri@amforest.org

Attorneys for Defendant-Intervenor

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **BARK, CASCADIA WILDLANDS, OREGON WILD**; and **WILDEARTH GUARDIANS**,<br><br>    Plaintiffs,<br><br>            vs.<br><br>**U.S. FOREST SERVICE**, a federal agency,<br><br>    Defendant,<br>            and<br><br>**HIGH CASCADE, INC.**, a Washington Corporation.<br><br>    Defendant-Intervenor. | Civil No. 3:18-cv-01645-MO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to L.R. 83-11(b), defendant-intervenor High Cascade, Inc. hereby withdraws the appearance of Greg A. Hibbard as counsel of record, as Mr. Hibbard has left the American Forest Resource Council. High Cascade will continue to be represented by Lawson Fite and Sara Ghafouri.

Dated this 16th day of July, 2019.

/s/ Lawson E. Fite
Lawson E. Fite, OSB #055573
Sara Ghafouri, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: lfite@amforest.org
Email: sghafouri@amforest.org

Attorney for Defendant-Intervenor

NOTICE OF WITHDRAWAL OF COUNSEL – 1

## CERTIFICATE OF SERVICE

I, Lawson E. Fite, hereby certify that I, on July 16, 2019, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 16th day of July, 2019.

/s/ Lawson E. Fite
Lawson E. Fite