FILED

UNITED STATES COURT OF APPEALS

JUN 10 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BARK; et al., | No. 19-35665 |
| Plaintiffs-Appellants, | D.C. No. 3:18-cv-01645-MO District of Oregon, Portland |
| v. | |
| UNITED STATES FOREST SERVICE, a federal agency, | ORDER |
| Defendant-Appellee, | |
| HIGH CASCADE, INC., | |
| Intervenor-Defendant-Appellee. | |

Before:  GRABER, BERZON, and HIGGINSON,[*] Circuit Judges.

Appellee U.S. Forest Service's unopposed motion for an extension of time to file a Petition for Rehearing, Docket No. 39, is GRANTED.

---

[*]     The  Stephen A. Higginson, United States Circuit Judge for the U.S. Court of Appeals for the Fifth Circuit, sitting by designation.