Brenna B. Bell, OSB # 05199
Bark
P.O. Box 12065
Portland, OR 97232
Tel: 971-358-2271
Email: brenna@bark-out.org

Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

 Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

### FOR DISTRICT OF OREGON

| | |
|---|---|
| **BARK**, **CASCADIA WILDLANDS**, **OREGON WILD**, Oregon nonprofit corporations, | Case No.: 3:18-cv-01645-MO |
|   Plaintiffs, | |
|    v. | **DECLARATION OF JOSH LAUGHLIN FOR ATTORNEYS' FEES AND COSTS** |
| **UNITED STATES FOREST SERVICE**, a federal agency, | |
|    Defendant, | |
|   and | |
| **HIGH CASCADES, INC.** a Washington corporation, | |
|    Defendant-Intervenor. | |

I, JOSH LAUGHLIN, declare as follows:

1.      I am a full-time staff member and the Executive Director of Cascadia Wildlands, which is recognized by the IRS as a 501(c)(3) nonprofit corporation.

2.      Cascadia Wildlands has less than 500 employees and a net worth below $7,000,000 at the time this action was filed.

3.      Cascadia Wildlands achieved the precise relief it sought in bringing this challenge by ensuring that the Crystal Clear timber sale would not proceed without sufficient NEPA analysis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December, 2020 in Eugene, Oregon,

/s/ Josh Laughlin
Josh Laughlin