Brenna B. Bell, OSB # 05199
Bark
P.O. Box 12065
Portland, OR 97232
Tel: 971-358-2271
Email: brenna@bark-out.org

Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

| | |
|---|---|
| **BARK**, **CASCADIA WILDLANDS**, **OREGON WILD**, Oregon nonprofit corporations,<br><br>    Plaintiffs,<br><br>                v.<br><br>**UNITED STATES FOREST SERVICE**, a federal agency,<br>         Defendant,<br><br>    and<br><br>**HIGH CASCADES, INC.** a Washington corporation,<br>         Defendant-Intervenor. | Case No.: 3:18-cv-01645-MO<br><br>**DECLARATION OF NAKISHA NATHAN FOR ATTORNEYS' FEES AND COSTS** |

I, NAKISHA NATHAN, declare as follows:

1. I am a full-time staff member and the Executive Director of Bark, which is recognized by the IRS as a 501(c)(3) nonprofit corporation.

2. Bark has less than 500 employees and a net worth below $7,000,000 at the time this action was filed.

3. Bark achieved the relief it sought in bringing this challenge: stopping the Crystal Clear Restoration Project from moving forward without more in-depth analysis of its ecological impacts to northern Spotted Owls and its potential to increase fire severity in the project area.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2020 in Portland, Oregon,

*/s/ Nakisha Nathan*
Nakisha Nathan

1- Declaration of Nakisha Nathan