Brenna B. Bell, OSB # 05199
Bark
P.O. Box 12065
Portland, OR 97232
Tel: 971-358-2271
Email: brenna@bark-out.org

Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

| | |
|---|---|
| **BARK**, **CASCADIA WILDLANDS**, **OREGON WILD**, Oregon nonprofit corporations,<br><br>  Plaintiffs,<br><br>     v.<br><br>**UNITED STATES FOREST SERVICE**, a federal agency,<br>    Defendant,<br><br>  and<br><br>**HIGH CASCADES, INC.** a Washington corporation,<br>    Defendant-Intervenor. | Case No.: 3:18-cv-01645-MO<br><br>**DECLARATION OF SEAN STEVENS FOR ATTORNEYS' FEES AND COSTS** |

I, SEAN STEVENS, declare as follows:

1. I am a full-time staff member and the Executive Director of Oregon Wild, which is recognized by the IRS as a 501(c)(3) nonprofit corporation.

2. Oregon Wild has less than 500 employees and a net worth below $7,000,000 at the time this action was filed.

3. In this litigation, Oregon Wild achieved the precise relief it sought in bringing this challenge by halting the Crystal Clear timber sale from moving forward.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December, 2020 in Portland, Oregon,

>*/s/ Sean Stevens*
>Sean Stevens

1- Declaration of Sean Stevens